Certificate Number: 05781-AZ-DE-041292010

Bankruptcy Case Number: 26-05490



05781-AZ-DE-041292010

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2026</u>, at <u>2:32</u> o'clock <u>PM PDT</u>, <u>Kristel Gonsales Magana</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date:   <u>August 5, 2026</u>            By:      <u>/s/Allison M Geving</u>

                              Name:  <u>Allison M Geving</u>

                              Title:   <u>President</u>